MARY MURPHY, Respondent, v. PETER E. MURPHY, Appellant.— Order reversed and motion denied. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HESMAK REALTY Co., INC., v. RHODA VIGO and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNE McCOY CAMPBELL v. SUN PRINTING AND PUBLISHING ASSOCIATION and Another.— Motion to dismiss appeal granted, with ten dollars costs.— Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL WALKER v. SILVER AND GOLD REALTY CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL WALKER v. SILVER AND GOLD REALTY CORPORATION.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVE SEERMAN v. F. F. PROCTOR NEWARK REALTY CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DOROTHY M. WRIGHT v. AMERICAN EQUITABLE ASSURANCE COMPANY OF NEW YORK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LILA A. RENSLER v. RAMDEE REALTY CORPORATION and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present— Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

POCANTICO REALTY CORPORATION v. RICHARD BURKE.— Motion to dismiss appeal from order and judgment of July 19 and 21, 1927, granted. From the papers before us it cannot be told whether the later orders of October 5 and 28, 1927, are appealable. As to them, motion denied, with leave to renew on further showing of facts. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FAERBER, SILBERMAN & Co., INC., v. JAMES AUERBACH.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRACE MARY MOORE v. EQUITABLE SURETY COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX COGHAN v. WALTON SCENERY TRANSFER, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANKLIN LYNCH v. JOHN A. WEBER.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE LIBERTY STATE BANK v. FRANK HILLMAN & SON, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.